

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00259-CV

| | | |
|---|---|---|
| ROBIN E. PEMPSELL, Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-642296-18) |
| V. | § | October 31, 2019 |
| MEGAN N. BIRT, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Robin E. Pempsell shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack